UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER MOLINA KUILAN,**

      **Plaintiff,**

**v.**        **Case No: 6:16-cv-444-Orl-41KRS**

**DRAGON HOTEL MANAGEMENT, LLC and SUSANA WONG,**

      **Defendants.**

                                                           /

**ORDER**

THIS CAUSE is before the Court on the parties' Amended Joint Motion for Approval of Settlement (Doc. 26). United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation (Doc. 27), which recommends that the parties' motion be granted, to which the parties filed a Joint Notice of Non-objection (Doc. 28).

After an independent *de novo* review of the record in this matter and noting the parties' Joint Notice of Non-objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 26) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. This Court does not retain jurisdiction to enforce the parties' agreement.

      4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record